THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED J. CROISSANT, Appellant, *v.* JOHN STEVENS et al., Respondents.

(Submitted October 24, 1930; decided November 25, 1930.)

*T. Arthur Hendricks* for appellant.
*Clarence L. Crabb* for respondents.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.